(November 22, 1943.)

In the Matter of MAX GLASSMAN, an Attorney.—
Present — Hagarty,
Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of FRANK J. HARDECKER et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—
Present —
Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of H. RICHARD PANZER et al., Petitioners. RAYMOND E. ALDRICH, as a Justice of the Supreme Court, et al., Respondents.—

Present
— Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Accounting of LEONA SCHAEFER et al., as Administratrices of the Estate of GEORGE SCHAEFER, Deceased. GEORGE SCHAEFER, JR., Appellant; LEONA SCHAEFER, as Coadministratrix, Respondent-Appellant; KATIE S. HALL, as Coadministratrix, et al., Respondents.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of PETER S. SPITZ, an Attorney.—
Present — Hagarty,
Carswell, Johnston, Adel and Lewis, JJ.

KENMORE ESTATES, INC., Appellant, v. MONTROSE INDUSTRIAL BANK, Respondent.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

ARTHUR LEHMANN, Appellant-Respondent, v. UNITED STATES LINES COMPANY, Respondent-Appellant.—

Present — Hagarty, Carswell,
Johnston, Adel and Lewis, JJ.

ABRAHAM MOLIVER, as Administrator of the Estate of ISIDORE MOLIVER, Deceased, Appellant, v. SAMUEL KNEBEL, Respondent.—
Present — Hagarty, Carswell, Johnston,
Adel and Lewis, JJ.